UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER G. WILLIAMS, | ) | 3:10-CV-0458-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 14, 2011 |
| | ) | |
| ROMEO ARANAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's motion for an order to extend the period of time to review volumes of medical files and documents (#33) is **DENIED**. Plaintiff may request further review of his medical records pursuant to applicable regulations of the Nevada Department of Corrections.

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                                By:         /s/
                                        Deputy Clerk