UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER WILLIAMS, | ) | 3:10-CV-0458-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 31, 2016 |
| | ) | |
| ROMEO ARANAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion to reopen case (ECF No. 50) which centers around plaintiff's potential transfer to Warm Springs Correctional Center. Based upon this court's search of NDOC records, it appears that plaintiff has been transferred to Warm Springs Correctional Center. Plaintiff was ordered to notify this court on or before Friday, July 22, 2016 if this motion is now moot. Plaintiff failed to do as ordered. Therefore,

IT IS ORDERED that plaintiff's motion to reopen case (ECF No. 50) is **DENIED as moot.**

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:       /s/
         Deputy Clerk